FILED
US DISTRICT COURT
08/18/2015
Julia Dudley, Clerk
By: S. Moody, Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 7:15-CR-00026 |
| | : | |
| **TREMAYNE KIRBY** | : | |

## STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's, Tremayne Kirby's, criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation.

This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

I, along with other unindicted individuals, ran a prostitution enterprise involving multiple women in at least Virginia, North Carolina, and New Jersey. Generally speaking, I lived off of the money the prostitutes earned. I used the money generated from the prostitution scheme to pay for hotel rooms and buy drugs and food, both for myself and for the female prostitutes. I provided illegal drugs to many of the prostitutes. I posted advertisements on Backpage.com, including pictures of the women and prices for their services; I received phone calls from interested "Johns;" I arranged for hotel rooms at numerous hotels in the Western District of Virginia and elsewhere for "in-call services"; and I provided the women with transportation for "out-call services."

From approximately January 2014 through May 2014, Victim 1 worked for me as a prostitute. On many occasions, she did not want to engage in prostitution activity, but I insisted that she did. I have hit, body-slammed, shaken, and threatened Victim 1 to get her compliance. I carried a gun in my waistband at most times. I knew Victim 1 had a drug habit and at times I told her she

1

would not get drugs until after she performed prostitution activity. I maintained virtually all of the proceeds Victim 1 earned from prostitution activity.

I have reviewed the above Statement of Facts with my attorney and I agree that it is true and accurate. I agree that had this matter proceeded to trial, the United States would have proven the fact outlined above beyond a reasonable doubt.

Date: August ___, 2015

_Tremayne Kirby_
Tremayne Kirby

_[signature]_
Richard Derrico, Esq.
Attorney for Defendant